HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHITNEY WINTERS, an individual, and CHERI MORRIS-LUNDHOLM, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>B & B WELDING, INC., d/b/a B & B FABRICATORS, a Washington for profit corporation,<br><br>                    Defendant. | NO.  21-cv-00668-MLP<br><br>NOTICE OF APPEARANCE |

**TO:** **THE CLERK OF THE COURT; and**

**TO:** **THE PARTIES AND THEIR COUNSEL OF RECORD.**

PLEASE TAKE NOTICE that, without waiving any defenses including, but not limited to, improper venue, insufficiency of process, insufficiency of service of process, sovereign immunity, and lack of jurisdiction of this court, LAURA Y. DAVIS of BERESFORD BOOTH PLLC also appears as counsel of record for B & B WELDING, INC., d/b/a B & B FABRICATORS, a Washington for profit corporation ("Defendant") in the above-entitled action and all future pleadings or papers, exclusive of original process, are to also be served upon said attorney at his address below stated.

NOTICE OF APPEARANCE - 1
21-cv-00668-MLP

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON  98020
(425) 776-4100 / (425) 776-1700 fax

Dated this 9th day of August, 2021.

BERESFORD BOOTH PLLC

By: /s/ Laura Y. Davis
Laura Y. Davis, WSBA No. 52035
JP. Diener, WSBA No. 36630
145 Third Ave. S., Suite 200
Edmonds, Washington 98020-3593
Phone: (425) 776-4100
Fax: (425) 776-1700
Emails: laurad@beresfordlaw.com
*Attorneys for Defendant B&B Welding, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on August 9th, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following attorneys/interested parties:

Cody Fenton-Robertson: cody@beanlawgroup.com

Matthew J. Bean: matt@beanlawgroup.com

Alex J. Higgins: alex@alexjhiggins.com

By: /s/ Leah Bartoces
Leah Bartoces

NOTICE OF APPEARANCE - 2
21-cv-00668-MLP

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON  98020
(425) 776-4100 / (425) 776-1700 fax