The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WHITNEY WINTERS et al., | CASE NO. 2:21-cv-00668-MLP |
| Plaintiff, | **NOTICE OF SETTLEMENT IN PRINCIPLE** |
| v. | |
| B&B WELDING INC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT IN PRINCIPLE

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. The terms of the intended settlement cannot be completed until the end of the calendar year. Accordingly, the parties respectfully request that the Court vacate all deadlines as set forth in the August 20, 2021, scheduling order, and that an order dismissing all claims with prejudice be entered no sooner than January 1, 2023 (unless the parties file an agreed order prior to that date).

DATED: September 1, 2022                           DATED: September 1, 2022

*s/Cody Fenton-Robertson*                           *s/Alex J. Higgins*
Cody Fenton-Robertson, WSBA No. 47879    Alex J. Higgins, WSBA No. 20868
*Attorney for Plaintiffs*                           *Attorney for Plaintiffs*

DATED: September 1, 2022

*s/JP Diener*
JP. Diener, WSBA No. 36630
*Attorney for Defendant B&B Welding, Inc.*

NOTICE OF SETTLEMENT - 1
21-cv-00668-MLP

Law Offices of Alex J. Higgins
2200 6th Ave, Suite 500
Seattle, WA 98121
(206) 340-4856